UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTOPHER DONALD ELLIS and KRISTIN MARIE ELLIS | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| CHRISTOPHER DONALD ELLIS and KRISTIN MARIE ELLIS | : | |
| Respondent(s) | : | CASE NO. 5-18-bk-02551 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 23rd day of July, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous - payment

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 30th day of July, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick James Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee